UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | CASE NO. 10-15116 |
| L6 SYSTEMS, LLC , | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | |

**MOTION FOR EXAMINATION OF DEBTOR, L6 SYSTEMS, LLC**
**PURSUANT TO RULE 2004 AND INSPECTION OF PERSONAL PROPERTY**
**PURSUANT TO FED. R. CIV. P. 34(a)(2)**

COMES NOW VistaCare Communications of Canada, Inc ("VistaCare"), a creditor in the above-entitled cause of action, by counsel, Michael A. Trippel and Jamie C. Woods of the law firm Thorne Grodnik, LLP, and for its Motion for an Examination of Debtor, L6 Systems, LLC ("L6 Systems"), pursuant to the Federal Rule of Bankruptcy Procedure, Rule 2004 and Inspection of Personal Property Pursuant to Fed. R. Civ. P. 34(a)(2), states as follows:

1. VistaCare is a party in interest in this proceeding by virtue of a One Hundred Fifteen Thousand Dollar 00/100 ($115,000.00) deposit that VistaCare paid to L6 Systems, (the "Deposit") for the purchase of two (2) telecommunication service vehicles

2. VistaCare is in the business of providing services to the telecommunications industry which include maintenance, installation and service work on telecommunications and fiber optic lines.

3. L6 Systems is an Indiana limited liability company with a place of business at 1460 East 12th Street, Mishawaka, Indiana 46546.

4. L6 Systems contracted an agreed to manufacture and provide to VistaCare two (2) Ford 550 Splicing/Mobile Labs (the "Splice Trucks"). The Splice Trucks are specialty manufactured and are to be used by VistaCare in its telecommunication business. It was

represented by L6 Systems to VistaCare that the VIN Numbers for the Splice Trucks are:

    A.    1FDUF5HT8BEA38993; and

    B.    1FDUF5HTXBEA91646.

5.    L6 Systems accepted the Deposit from VistaCare.

6.    VistaCare was to pay to L6 Systems the balance of One Hundred Fifteen Thousand Dollars 00/100 ($115,000.00) upon the completion and delivery of the Splice Trucks.

7.    VistaCare has made numerous inquiries and demands upon L6 Systems attempting to inquire as to the completion and status of the Splice Trucks and when VistaCare can take possession of the Splice Trucks.

8.    VistaCare is ready to immediately provide payment via certified funds or cash equivalent to L6 Systems upon completion and taking possession of the Splice Trucks.

9.    VistaCare was promised by L6 Systems that it would have possession of the completed Splice Trucks on or before November 22, 2010. VistaCare has not been allowed to inspect the Splice Trucks and is concerned that the vehicles may not exist or may not be at L6 Systems' facility in Mishawaka, Indiana.

10.    VistaCare desires to examine the Debtor in this case pursuant to Rule 2004 of the Bankruptcy Rules.

11.    As part of the Rule 2004 Examination, and pursuant to Fed. R. Civ. P. 34(a)(2), the Movant desires to be permitted to enter onto L6 Systems place of business at 1406 East 12th Street, Mishawaka, Indiana 46546 so that it may inspect, photograph and document the condition of the two (2) Splice Trucks. (A copy of Movant's Request to Inspect Personal Property is attached as **Exhibit "A"**).

12.    Counsel for the Debtor sent an e-mail dated December 1, 2010 indicating that the

two (2) Splice Trucks were located at L6 Systems in Mishawaka, Indiana as of November 30, 2010. In addition, counsel provided photographs that purport to be of the two (2) Splice Trucks.

13. It will not be unduly burdensome upon the Debtor for the Rule 2004 Examination to be held at the law offices of Thorne Grodnik, LLP, 420 Lincolnway West, Mishawaka, Indiana 46544 and for the inspection to occur immediately following the Rule 2004 Examination at L6 Systems business located at 1460 East 12th Street, Mishawaka, Indiana 46544.

14. L6 Systems website does not reflect that it maintains any business address in Fort Wayne, Indiana located at 3400 East Coliseum Boulevard, Suite 140, Fort Wayne, Indiana 46805 or anywhere else in Fort Wayne, Indiana.

15. It is believed that L6 Systems sole business address for purposes of business management and operations is located in Mishawaka, Indiana.

16. VistaCare also requests that Debtor provide at the Rule 2004 Examination all documents responsive and listed in the Subpoena Duces Tecum attached hereto as **Exhibit "B"**.

WHEREFORE, VistCare Communications of Canada, Inc. respectfully requests that: (1) pursuant to Federal Rule of Bankruptcy Procedure 2004, that this Court Order the Debtor, L6 Systems, LLC to appear by its designated representative for a Rule 2004 Examination at the law offices of Thorne Grodnik, LLP, 420 Lincolnway West, Mishawaka, Indiana 46544 on December 17, 2010, beginning at 1:00 p.m. (EST); (2) for an inspection of the two (2) Splice Trucks at its facility located at 1460 East 12th Street, Mishawaka, Indiana 46546 immediately following the Rule 2004 Examination; and (3) to provide all documents listed in response to the Subpoena Duces Tecum attached hereto as **Exhibit "B"** at the Rule 2004 Examination, and for all other just and appropriate relief.

Respectfully submitted,

THORNE • GRODNIK, LLP

/s/Jamie C. Woods, Esq.
Michael A. Trippel, Esq. (#16537-71)
Jamie C. Woods, Esq. (#21879-79)
P.O. Box 1210
Mishawaka, Indiana 46546-1210
Telephone: (574) 256-5660
Attorneys for VistaCare Communications
of Canada, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of December, 2010, the above and foregoing pleading was served by placing the same in a sealed envelope which was deposited in the United States mail, with sufficient regular postage affixed thereto, and/or via electronic service, addressed to the following:

R. David Boyer II, Esq.
927 S Harrison Street
Suite 200E
Fort Wayne, Indiana 46802
Email: db2@boyerlegal.com

U.S Trustee
One Michiana Square Building
Suite 555
South Bend, Indiana 46601
USTPRegion10.SO.ECF@usdoj.gov

/s/Jamie C. Woods, Esq.
Jamie C. Woods, Esq.