UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| L6 SYSTEMS, LLC ) | CASE NO.10-15116 |
| DEBTORS. ) | Chapter 11 |
| ) | |
| ) | |

## ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO HIRE HIS OWN ATTORNEY

Upon consideration of the application of Debtor-In-Possession, for authority to hire attorney in connection with this case, and it appearing that said R. David Boyer II is an attorney duly admitted to practice in this court, that he presents no adverse interest to this estate, that his employment is necessary and is in the best interest of the estate and no adverse interest appearing, it is

ORDERED, Debtor-in-Possession, be, and he hereby is, authorized to hire as its own attorney R. David Boyer II in this case under a general retainer.

Dated: January 5, 2011
_____

/s/ Robert E. Grant
Robert E. Grant,
Chief United States Bankruptcy Judge